IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| METRO EAST BLACK CONTRACTORS ORGANIZATION, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL NO. 11-1041-GPM ) |
| ILLINOIS DEPARTMENT OF TRANSPORTATION and ANN SCHNEIDER, | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

This matter came on before the Court, Judge G. Patrick Murphy presiding, and the following decision having been reached:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the plaintiff Metro East Black Contractors Organization, Inc., recover nothing and the action be dismissed on the merits.

**DATED**:  April 17, 2012

NANCY J. ROSENSTENGEL, CLERK

By:    /s/ Linda M. McGovern
          Deputy Clerk

APPROVED:  /s/ G. Patrick Murphy
                    G. PATRICK MURPHY
                    U.S. DISTRICT JUDGE